No. 01–799.  GREENE v. TENNESSEE DEPARTMENT OF CORRECTIONS.  C. A. 6th Cir.  Certiorari denied.

No. 01–809.  MCKENZIE v. MUTUAL OF ENUMCLAW INSURANCE Co.  Ct. App. Wash.  Certiorari denied.

No. 01–810.  MOLDO, CHAPTER 7 TRUSTEE, ESTATE OF CYBERNETIC SERVICES, INC., DBA SILENT RADIO, INC. v. MATSCO, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–811.  MCMAHON v. CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 01–814.  HUNTER v. WEST LINN-WILSONVILLE SCHOOL DISTRICT 3JT.  Ct. App. Ore.  Certiorari denied.

No. 01–815.  OVERBY ET VIR v. WITSO.  Sup. Ct. Minn.  Certiorari denied.

No. 01–818.  ESTATE OF BISHOP, FKA BISHOP, DBA ESSENCE OF LIFE v. EQUINOX INTERNATIONAL CORP.  C. A. 10th Cir. Certiorari denied.

No. 01–819.  ROWE ET AL. v. NORTH CAROLINA DEPARTMENT OF TRANSPORTATION.  Sup. Ct. N. C.  Certiorari denied.

No. 01–822.  KELLER v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 01–825.  TEAMSTERS LOCAL UNION NO. 293 v. TRUSERV CORP., FKA COTTER & CO., ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 01–829.  HERTZBERG v. SRAM CORP.  C. A. 7th Cir.  Certiorari denied.

No. 01–832.  BALANAY v. SUE-NOGUCHI.  Sup. Ct. Haw.  Certiorari denied.

No. 01–833.  TSUI ET UX. v. TOLZ, AS TRUSTEE FOR SHERIDAN, ET AL.  C. A. 11th Cir.  Certiorari denied.